ACCEPTED
03-14-00570-CR
6633619
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/25/2015 9:17:53 AM
JEFFREY D. KYLE
CLERK

# RICHARD E. WETZEL
ATTORNEY AT LAW

1411 WEST AVENUE, SUITE 100
AUSTIN, TX 78701
(512) 469-7943

Board Certified Criminal Law
And Criminal Appellate Law by
The Texas Board of Legal Specialization

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/25/2013 9:17:53 AM
JEFFREY D. KYLE
Clerk

(512) 469-7943 fax
wetzel_law@141lwest.com
www.TexasCriminalAppealsLawyer.com

August 25, 2015

Jeffrey Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX
78711-2547

Re: Crayton v. State, No. 03-14-00570-CR, in the Third Court of Appeals

Dear Clerk Kyle:

In response to your notice of August 24, 2015, I will present argument on behalf of the appellant on September 23, 2015, at 1:30 pm. Thank you for your attention and cooperation in this matter.

Sincerely,

/s/ Richard E. Wetzel
Richard E. Wetzel
Attorney at Law